## STATEMENT OF FACTS

On July 26, 2018, at approximately 9:48 pm, the defendant, Shiekh Mahmud, entered the Ace Check Cashing Center located at 3663 Georgia Avenue, NW, Washington, DC, dropped his back pack in the doorway, and walked up to the teller (Witness #1, W-1) while placing his hoodie on his head.  The defendant then gave a handwritten note to the teller, which stated, "Give me 10"s and 20"s.  The defendant then stated, "I need money; I'm broke, I need money now."  At that point, the teller (W-1) pushed the panic alarm to notify police and continued to talk to the defendant believing the defendant was trying to take money from W-1 without permission to do so.  When officers arrived, the defendant was still inside the check cashing location.  He was then taken into custody and after law enforcement interviewed W-1 and had W-1 confirm the above-noted actions by the defendant, W-1 positively identify the defendant on the scene and the defendant was placed under arrest and taken to the 3rd District, Washington, D.C., Metropolitan Police Department (MPD) for processing.  After arrest, the defendant asked the detective, "Hey, what happened to that note," and he also indicated that he was stressed.

The Ace Check Cashing Center located at 3663 Georgia Avenue, NW, Washington, D.C., is a business which cashes checks and engages in business and financial transactions which affect commerce or the movement of articles or commodities in commerce within the District of Columbia and elsewhere within the United States.

_____
OFFICER CHARLES JENKINS
FOURTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF JULY, 2018.

_____
U.S. MAGISTRATE JUDGE